926

No. 76–5170.  LAMBRECHT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5171.  CASIMIRO-BENITEZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 76–5180.  SPENCER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5191.  HARPER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5197.  WILLIAMS v. DISTRICT OF COLUMBIA BOARD OF APPEALS AND REVIEW.  Ct. App. D. C.  Certiorari denied.

No. 76–5198.  CRESPO-GUERRERO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5201.  GOODMAN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5202.  GUTIERREZ-GUTIERREZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 76–5219.  HUBBARD v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–5246.  HOUSTON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 76–5247.  SOTO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5270.  SANTOS-FIGUEROA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 76–5274.  JOKINEN v. HENWOOD ET AL.  C. A. 6th Cir. Certiorari denied.